SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone: (415) 436-6888
 Fax:        (415) 436-6748

Attorneys for the United States of America

RECEIVED
2007 MAY 15  AM 10: 56
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK QURESHI, | NO. C-06-06312-RMW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties to the above-entitled action hereby agree and stipulate to continue the Case Management Conference scheduled for May 18, 2007 at 10:30 a.m., for ninety (90) days.

1.  The attorney for the government has spoken with plaintiff's CPA, Gary Woodruff, and based on that conversation will recommend a disposition of this matter favorable to the plaintiff.

2.  The final disposition requires approval by the Department of Justice Tax Division.

///
///
///
///
///

3. The parties, therefore, request that the Court continue this matter for ninety (90) days to allow the parties time to complete the settlement of the case.

Dated:

*Rick Qureshi*
RICK QURESHI
In Pro Per

SCOTT N. SCHOOLS
United States Attorney

Dated:

_____
DAVID L. DENIER
Assistant United States Attorney
Tax Division
Attorneys for Defendant

## ORDER

Pursuant to the Stipulation of the parties and for good cause shown, the Case Management Conference set for May 18, 2007 at 10:30 a.m. is hereby vacated and this matter is set for a further Case Management Conference on __8/17__, 2007, at 10:30 a.m., unless the case is dismissed before that date.

Dated: 5/16/07

_____
UNITED STATES ~~DISTRICT~~ JUDGE
**MAGISTRATE**

Stip & Order To Cont. Further CMC
(No. C-06-06312-RMW)                                    2

3. The parties, therefore, request that the Court continue this matter for ninety (90) days to allow the parties time to complete the settlement of the case.

Dated: _____

RICK QURESHI
In Pro Per

SCOTT N. SCHOOLS
United States Attorney

Dated: 5/14/07

DAVID L. DENIER
Assistant United States Attorney
Tax Division
Attorneys for Defendant

## ORDER

Pursuant to the Stipulation of the parties and for good cause shown, the Case Management Conference set for May 18, 2007 at 10:30 a.m. is hereby vacated and this matter is set for a further Case Management Conference on _____, 2007, at 10:30 a.m., unless the case is dismissed before that date.

Dated: _____

UNITED STATES DISTRICT JUDGE

Stip & Order To Cont. Further CMC
(No. C-06-06312-RMW)                    2