SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Telephone:   (415) 436-6888
  Fax:             (415) 436-6748

Attorneys for the United States of America

*E-FILED - 10/18/07*

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **RICK QURESHI,** | NO. C-06-06312-RMW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL** |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby agreed and stipulated by the parties that this action be dismissed with prejudice, each party to bear its own costs.

Dated: October 16, 2007        /s/ Rick Qureshi
                               RICK QURESHI
                               In Pro Per

                               SCOTT N. SCHOOLS
                               United States Attorney

Dated: October 16, 2007        /s/DAvid L. Denier
                               DAVID L. DENIER
                               Assistant United States Attorney
                               Tax Division
                               Attorneys for Defendant

**ORDER**

Pursuant to the Stipulation of the parties and Rule 41(a) of the Federal Rules of Civil Procedure, the Court hereby orders that this action be and hereby is dismissed with prejudice.

ORDERED this __18__ day of October, 2007, at San Jose, California.

Dated: _10/18/07_

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE

Stip & Order Of Dismissal
(No. C-06-06312-RMW)                    2